**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROBERT BURNS,**

                  **Plaintiff,**

**-vs-**                                                **Case No. 6:06-cv-423-Orl-31JGG**

**CRESCENT RESOURCES, LLC,**

                  **Defendant.**

## ORDER

This matter comes before the Court on the Plaintiff's Unopposed Motion for Reconsideration. (Doc. 23). This case is one of several in which different plaintiffs have sued the Defendant, Crescent Resources, LLC ("Crescent" or the "Defendant") for personal injuries and damages allegedly caused by the Defendant's discharges of pollutants and hazardous substances at or near the plaintiffs' place of employment. Those cases include *Florence v. Crescent Resources, LLC, et al.*, 6:06-cv-422-GAP-KRS ("*Florence*"), *Burke v. Crescent Resources, LLC, et al.*, 6:06-cv-424-GAP-KRS ("*Burke*"), and *Reliford v. Crescent Resources, LLC, et al.*, 6:06-cv-426-GAP-KRS ("*Reliford*").

Recently, the Court entered Orders in this case and the *Florence*, *Burke* and *Reliford* cases denying the plaintiffs' Motions to Remand, dismissing Rinehart Development & Investment Group, LLC as a defendant, and granting Crescent's Motion to Dismiss or in the Alternative for Summary Judgment. (*See* Doc. 19; *Florence* Doc. 18; *Burke* Doc. 17; *Reliford* Doc. 20). In *Florence*, *Burke* and *Reliford*, the Court then docketed Orders directing the Clerk to enter

judgment for Crescent, (Docs. 19, 18 and 21, respectively), after which the Clerk entered judgment in those cases accordingly, (Docs. 20, 19 and 22, respectively).  No such Order was entered in this case, however, and thus judgment has not been entered for Crescent in this case.

The Plaintiff, seeking appellate review of the Court's Orders, then filed a motion asking the Court to enter a judgment in this case on its Order denying remand, dismissing Rinehart and granting Crescent's motion for dismissal or summary judgment, (Doc. 20), which the Court mistakenly denied.  (Doc. 22).  The Plaintiff, in an unopposed motion, now asks the Court to reconsider that ruling.  (Doc. 23).  The Court finds that the Plaintiff's motion is well-founded and that the relief requested therein should be granted.  Accordingly, it is

**ORDERED THAT** the Plaintiff's Motion for Reconsideration (Doc. 23) is GRANTED.  Based on the Court's Order granting Crescent's Motion to Dismiss or in the Alternative for Summary Judgment, (Doc. 19), the Clerk is directed to enter judgment for Crescent Resources, LLC, and to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 28, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party